IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Julia Johnson, James Allen Sanders, Paul Seabury, Matthew Sinclair, Cathy Williams, Kendricks Douglas, Tammy McCall and Barry Alford, Individually and on behalf of the class they seek to represent,<br><br>Plaintiffs,<br><br>vs.<br><br>Flakeboard America Limited,<br><br>Defendant. | Civil Action No. 4:11-2607-TLW-KDW<br><br>**ORDER** |

Plaintiffs instituted this putative class action against Defendant on September 27, 2011 and filed the operative Amended Complaint on November 14, 2011. (Docs. # 1 and # 29). Plaintiffs assert claims of employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended. Id.

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Kaymani D. West, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff Paul Seabury be dismissed with prejudice from this case as a plaintiff based upon his failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. # 102). Objections were due by November 13, 2012. Plaintiff Seabury filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. §

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 102).  Plaintiff Paul Seabury is dismissed with prejudice from this case as a plaintiff based upon his failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

    s/Terry L. Wooten    
United States District Judge

November 15, 2012
Florence, South Carolina