IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JULIA JOHNSON, JAMES ALLEN SANDERS, MATTHEW SINCLAIR, CATHY WILLIAMS, KENDRICKS DOUGLAS, TAMMY MCCALL and BARRY ALFORD, | ) ) ) ) ) ) | C/A NO.: 4:11-cv-2607-TLW-KDW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FLAKEBOARD AMERICA LIMITED, | ) ) | |
| Defendant. | ) ) ) | |

## <u>ORDER</u>

THIS MATTER, being presented to the undersigned on Plaintiffs' Consent Motion for Dismissal with Prejudice of Claims of Plaintiffs Matthew Sinclair, Cathy Williams, Kendricks Douglas, Tammy McCall and Barry Alford, and it appearing to the Court that such Motion should be granted;

Plaintiffs' Motion is hereby GRANTED. The claims of Plaintiffs Sinclair, Williams, Douglas, McCall and Alford are hereby dismissed with prejudice with each party to bear theirs or its own costs and attorneys' fees.

This the 4th day of January 2013.


<u>s/ Terry L. Wooten</u>
HONORABLE TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

January 4, 2013
Columbia, South Carolina