UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JULIA JOHNSON and JAMES ALLEN SANDERS, ) ) Plaintiffs, ) ) v. ) ) FLAKEBOARD AMERICA LIMITED, ) ) Defendant. ) ) | C/A NO.: 4:11-2607-MGL-KDW ORDER | |

This matter is before the court on the parties' Joint Motion to Schedule Court-Supervised Mediation/Settlement Conference, ECF No. 144, in which the parties jointly request that the court supervise a mediation/settlement conference ("Mediation Conference") among the parties and that pending deadlines in the scheduling order, ECF No. 127, be held in abeyance until the requested Mediation Conference is concluded. For good cause shown, the parties' Motion, ECF No. 144, is *granted*, as follows:

1.   The parties shall enter into a Mediation Conference before the Honorable Kaymani D. West to be held May 21, 2013, beginning at 10:00 a.m. at the McMillan Federal Building, 401 W. Evans Street, Florence, South Carolina.[1]

2.   Discovery and other deadlines in the Fourth Amended Scheduling Order, ECF No. 127, are hereby held in abeyance pending completion of the Mediation Conference.

---

[1] The court will issue a schedule for mediation submissions, as well as additional instructions and information regarding logistics of the Mediation Conference, in a separate order.

3.      If an impasse is declared as a result of the Mediation Conference, discovery shall be reopened for only 30 days immediately following the declaration of said impasse for the limited purpose of completing the deposition of Plaintiff Johnson and for taking the depositions of Lori Welch Burnette and of the corporate designee(s) of Defendant Flakeboard America Limited pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure—Dannie Weatherford, Ellen Morris and/or Judy Turner.  Further, it is agreed that the parties' dispositive motions' deadline will be 30 days following the completion of limited discovery. If an impasse is declared, the parties are to submit a proposed Fifth Amended Scheduling Order to the court within five days after such a declaration.

IT IS SO ORDERED.

March 26, 2013                                                                          Kaymani D. West
Florence, South Carolina                                                   United States Magistrate Judge

2