UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JULIA JOHNSON and JAMES ALLEN SANDERS, ) ) ) Plaintiffs, ) ) v. ) ) ) FLAKEBOARD AMERICA LIMITED, ) ) Defendant. ) ) | C/A NO.: 4:11-2607-MGL-KDW  ORDER TO CONDUCT MEDIATION |

This case is scheduled for a Mediation Conference on May 21, 2013. *See* ECF No. 147. Following are details regarding the Mediation Conference.

All parties and their lead counsel are to appear before the Honorable Kaymani D. West **at 10:00 a.m. on May 21, 2013**, at the McMillan Federal Building, 401 W. Evans Street, Florence, South Carolina, Courtroom 4, which is located on the second floor. An insured party shall appear by a representative of the insurer who is authorized to discuss and make recommendations relating to settlement. An uninsured corporate party shall appear by a representative authorized to discuss and make recommendations relating to settlement.

No later than **May 14, 2013**, each party shall submit a confidential settlement statement ("Settlement Statement") to the undersigned magistrate judge. The Settlement Statement shall not become a part of the file of the case, but shall be for the exclusive use of the undersigned magistrate judge in preparing for the Mediation Conference.

The Settlement Statement shall contain a specific recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' position on settlement, including a present settlement proposal, and a report on settlement efforts to date. If not already part of the court's file in this case, please attach to the Settlement Statement copies of any critical agreements, business records, photographs, or other documents or exhibits. To the extent critical information

is part of the court's record, please cite to the document using the court-provided docket number (the ECF number) of the document(s). It is not necessary to resubmit copies of documents so identified. The Settlement Statement should not be lengthy, but should contain enough information to be useful to the magistrate judge in analyzing the factual and legal issues of the case. The parties are directed to be candid in their statements.

The Settlement Statements are not to be filed electronically with the Clerk of Court; rather, the Settlement Statements are to be mailed to the undersigned at 401 W. Evans St., Florence, SC 29501; or emailed directly to chambers at west_ecf@scd.uscourts.gov. Copies of the Settlement Statement **shall not** be provided to the other parties in the case.

The purpose of the Mediation Conference is to facilitate settlement of this case, if that is appropriate. It will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the undersigned in confidence will be kept confidential and will not be disclosed to any other party or to the trial judge. The undersigned, of course, will not serve as the trial judge in this case. Counsel are directed to review the Local Civil Rules on mediation prior to the scheduled date.

At the Mediation Conference the parties, by counsel, shall give a brief presentation outlining the factual and legal highlights of their case. Then, separate, confidential caucuses will be held with each party and the party's representative(s). This Mediation Conference is scheduled for no more than three hours.

IT IS SO ORDERED.

Kaymani D. West
United States Magistrate Judge

March 27, 2013
Florence, South Carolina